# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

ALFONZO HENDRIX                                                                                         PETITIONER

v.                                  Case No. 5:08CV00135 JLH-JTK

RAY HOBBS,[1] Interim Director,
Arkansas Department of Correction                                                                 RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a <u>de</u> <u>novo</u> review of the record, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this 25th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Substituted for former Director Larry Norris pursuant to Fed.R.Civ.P. 25(d).