# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ALFONZO HENDRIX                                                                                    PETITIONER

v.                              Case No. 5:08CV00135 JLH-JTK

RAY HOBBS,[1] Interim Director,
Arkansas Department of Correction                                                                  RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint is DISMISSED with prejudice.

SO ADJUDGED this 25th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Substituted for former Director Larry Norris pursuant to Fed.R.Civ.P. 25(d).